UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

PDF FILE WITH AUDIO FILE ATTACHMENT

23-01073-MLB

Wilson et al v. JPMorgan Chase Bank NA et al

Set Hearing: Oral Ruling Regarding Motion to Dismiss and Request for Judicial Notice. (Related document(s)19 Document GENERIC, 20 Document GENERIC). The Hearing date is set for 12/13/2023 at 09:00 AM

| | |
|---|---|
| Case Type : | ap |
| Case Number : | 23-01073-MLB |
| Case Title : | Wilson et al v. JPMorgan Chase Bank NA et al |
| Audio Date\Time : | 12/13/2023 09:23:20 AM |
| Audio File Name : | 23-01073-MLB_20231213_092319.mp3 |
| Audio File Size : | 3103056 KB |
| Audio Run Time : | [00:25:51] (hh:mm:ss) |

**Help Using this File**

An audio file is embedded as an attachment in this PDF Document. To listen to the file, you may have to download it to your desktop first.Once the file is on your desktop, click the Attachments tab or the Paper Clip icon, located in the top left corner of the Adobe program. Then, select the audio file and click Open.More information about our audio files can be found on the Attorney Home Page.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."